# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONNY DARROW POWE,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 76654 ✓

RONNY DARROW POWE,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 76655

**FILED**

SEP 14 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from district court orders denying a motion for transcripts at state expense and denying a motion to modify sentence. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

This court's review of these appeals reveals jurisdictional defects. No statute or court rule permits an appeal from an order denying a motion for transcripts at state expense. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). To the extent that appellant appeals from the order denying a motion to modify sentence, the notice of appeal was untimely filed. The order denying a motion to modify sentence was entered on July 2, 2018. However, the notice of appeal was not filed until August 7, 2018, six days after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this

18-36111

court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider these appeals, and we

ORDER these appeals DISMISSED.

_____ , J.
Pickering

_____ J.
Gibbons

_____ , J.
Hardesty

cc: Hon. Michelle Leavitt, District Judge
Ronny Darrow Powe
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk